| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:25CR38 |
| | § | |
| DAVID DRAKE (1) | § | |
| BROOKE CRAWFORD (2) | § | |
| MARK DAY (3) | § | |
| RIAN GRAHAM (4) | § | |

# ORDER

Pending before the court is Government's Motion to Declare this Matter a Complex Criminal Prosecution and Agreed Motion for Continuance (#70) in which Defendants David Drake, Brook Crawford, Mark Day, and Rian Graham join. According to the court's Pre-Trial Orders (#58 and #64), this case is currently set for Final Pre-Trial Conference on October 14, 2025, at 9:00 a.m., with jury selection and trial to commence immediately thereafter. The court finds that this is a complex case, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii), due to the voluminous discovery materials, the nature of the prosecution, and the number of defendants. It would be unreasonable to expect adequate preparation for pretrial and trial proceedings within the normal time limits under the Speedy Trial Act. Additionally, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), the failure to grant a continuance would deny counsel for the parties reasonable time necessary for effective preparation, even with the exercise of due diligence. Thus, the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, the Government's motion is **GRANTED**, and this case is **reset** for **Final Pre-Trial Conference on March 16, 2026, at 9:00 a.m.**, with jury selection and trial to commence immediately thereafter.

An Amended Pre-Trial Order will be issued separately.

SIGNED at Beaumont, Texas, this 17th day of September, 2025.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE