UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CRIMINAL ACTION NO. 1:25CR38 |
| § | |
| DAVID DRAKE (1) § | |
| BROOKE CRAWFORD (2) § | |
| MARK DAY (3) § | |
| RIAN GRAHAM (4) § | |
| TROI GRAHAM (5) § | |

## AMENDED PRETRIAL ORDER

This case is reset for Final Pretrial Conference on **July 13, 2026** at 9:00 a.m. in Courtroom #3, United States Courthouse, Beaumont, Texas. Jury Selection and Jury Trial will begin immediately and continue every day thereafter until completion.

The following deadlines shall apply in this case. Failure to comply with the court's deadlines may result in the imposition of sanctions.

| | |
|---|---|
| June 8, 2026 | Motion(s) to suppress evidence shall be filed with the court. |
| June 22, 2026 | Motion(s) for continuance shall be filed with the court. |
| June 22, 2026 | Defense Counsel shall electronically file a notification of plea agreement or intent to proceed to trial. A copy of the plea agreement and/or factual basis shall be emailed to the court administrator. No plea agreement will be honored by the court, and Defendant(s) may not receive a points reduction for acceptance of responsibility after this deadline. |
| June 30, 2026 | The Government shall deliver proposed jury instructions to Defense Counsel. |
| July 1, 2026 By 12:00 p.m. | Defense Counsel shall deliver to the Government any additional jury instructions proposed. The submission must be made jointly if two or more Defendants are represented by separate counsel. |
| July 3, 2026 By 12:00 p.m. | Defense Counsel and the Government shall confer on agreed jury instructions. |

    July 3, 2026        Defense Counsel and the Government shall:
By 12:00 p.m.

- A. File any motions in limine and any other pretrial motions. Written responses should be filed as soon as possible, or as otherwise directed by the court;

- B. File agreed jury instructions;

- C. File any proposed instructions that could not be agreed upon, citing authority for each instruction. Any party seeking to file proposed jury instructions after the deadline must obtain leave of court;

- D. File any objections to the proposed jury instructions. Objections must be written, specific, cite authority, and include any alternative instructions;

- E. File proposed voir dire questions;

- F. Provide the court a list of witnesses. The witness list shall include the city, state of residency, title, and organization association (if applicable) of each witness; and

- G. Each party shall provide the court with three (3) sets of its exhibit list and color copies of each exhibit. Each set should be contained in a three-ring binder, with numbered tabs corresponding to the exhibit numbers. Exhibits shall be premarked with the exhibit number. All audio and video exhibits shall be clearly labeled and provided in digital format on one disc or USB. Photographs of physical exhibits must also be provided.

SIGNED at Beaumont, Texas, this 25th day of February, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE