**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 1:25CR38 |
| | § | |
| BROOKE CRAWFORD (2) | § | |
| MARK DAY (3) | § | |
| RIAN GRAHAM (4) | § | |
| TROI GRAHAM (5) | § | |
| KELLEE SIMS (6) | § | |
| RAYSEAN GRAHAM (7) | § | |
| SYLVIA SHANN (8) | § | |

**ORDER**

Joint Unopposed Motion for Continuance as to defendants Brook Crawford, Troi Graham, Kellee Sims, Raysean Graham, and Sylvia Shann (237) is GRANTED. Defendants Kellee Sims (#236) and Brooke Crawford's (#238) Unopposed Motions for Extension of Time to File Notification of Plea Agreement are GRANTED. Defendant Mark Day's Unopposed Motion for Continuance (#251) and defendant Rian Graham's Unopposed Motion for Continuance (#252) are GRANTED. The court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. Defendants' requests are made knowingly, intelligently, and voluntarily.

2. The parties have no objection to a continuance.

3. Having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the court finds that the ends of justice served by granting the defendants' request outweigh the best interests of the public and the Defendant in a speedy trial.

4. This continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

5. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

This case is **reset** for **Final Pretrial Conference and Jury Trial on November 12, 2026, at 9:00 a.m.** A revised scheduling order is forthcoming.

SIGNED at Beaumont, Texas, this 11th day of September, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE