**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **RILEY GRAHAM (1)** | § | |
| **aka David Drake,** | § | **CRIMINAL ACTION NO.** |
| **BROOKE CRAWFORD (2),** | § | **1:25-CR-38** |
| **MARK DAY (3),** | § | |
| **RIAN GRAHAM (4),** | § | **(Judge Crone)** |
| **TROI GRAHAM (5),** | § | |
| **KELLEE SIMS (6),** | § | |
| **RAYSEAN GRAHAM (7), and** | § | |
| **SYLVIA SHANN (8),** | § | |
| | § | |
| **Defendants.** | § | |

# ORDER

Before the Court is Defendant Brooke Crawford's *Motion to Dismiss Count One of the Second Superseding Indictment as Duplicitous, or, in the Alternative, to Compel Election and for Protective Jury Instructions* (Dkt. ____). Having considered the Motion, any response, and the applicable law, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that Count One of the *Second Superseding Indictment* (Dkt. 225) is DISMISSED as to Defendant Brooke Crawford (2).

In the alternative, it is ORDERED that the Government shall, within ______ days of the entry of this Order, file a notice electing the single agreement on which it will proceed against Defendant Brooke Crawford under Count One.

It is further ORDERED that, at trial, the Court will instruct the jury on multiple conspiracies, give a specific unanimity instruction as to the agreement Defendant Brooke Crawford is alleged to have joined, submit a special verdict form identifying that agreement and whether it continued on or after June 4, 2020, and give a limiting instruction as to the evidence of the June 2020 Small Business Administration applications.