**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:25-CR-38-2 |
| | § | |
| BROOKE CRAWFORD | § | |

**ORDER**

The Government shall file a response to Defendant Brooke Crawford's Motion to Dismiss (#371) on or before Friday, November 13, 2026, at 5:00 p.m.

SIGNED at Beaumont, Texas, this 9th day of November, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE