IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:25-CR-38 |
| | § | (Judge Marcia Crone) |
| BROOKE CRAWFORD (2) | § | |
| RIAN GRAHAM (4) | § | |
| TROI GRAHAM (5) | § | |
| KELLEE SIMS (6) | § | |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER RECORDS PURSUANT TO FED. R. EVID. 902**

The United States of America, by and through the undersigned Assistant United States Attorney, files this formal Notice of Intent to Offer Records Pursuant to Federal Rules of Evidence 902, and respectfully shows:

The United States intends to offer into evidence at the trial of this cause, pursuant to Federal Rules of Evidence 803(6), 803(22), 902(4), and 902(13), by means of a business records affidavit or certification, multiple documents previously disclosed in discovery, including:

1. Chase Bank Records: Brooke Crawford's Accounts (Gov. Ex. 1 – 1X);
2. Chase Bank Records: Kellee Sims's Account ending 5088 (Gov. Ex. 2 – 2F);
3. Wells Fargo Bank Records: Mark Day's Accounts (Gov. Ex. 3 – 3D);
4. Fifth Third Bank Records: Troi Graham's Account ending in 6689 (Gov. Ex. 4 – 4C);
5. Wells Fargo Bank Records: Rian Graham's Account ending 8543 (Gov. Ex. 5 – 5C);

6. Wix Records (Gov. Ex. 6);

7. Navy Federal Credit Union Records: Brook Crawford's Accounts ending in 2165 and 0979 (Gov. Ex. 7 – 7B);

8. Navy Federal Credit Union Records: Kellee Sims's Accounts ending 8487 and 9105 (Gov. Ex. 8 – 8B);

9. Mobiloil Federal Credit Union (Rave Financial) Records: Matthews' Account ending 1185 (Gov. Ex. 9 – 9C);

10. Neches Federal Credit Union Records: Gary Matthews' Accounts (Gov. Ex. 10 - 10C);

11. Synchrony Sam's Club Credit Card Records: Sabrina Matthews' Account ending in 7944 (Gov. Ex. 11 - 11A);

12. Discover Credit Card Records: Gary Matthews' Account ending in 0421 (Gov. Ex. 12 – 12B);

13. Capital One Spark Visa Credit Card Records: Gary Matthews' Account ending in 6661 (Gov. Ex. 13 – 13B);

14. Shop Your Way Citi Bank Credit Card Records: Gary Matthews' Account ending in 5294 (Gov. Ex. 14 – 14A);

15. Chase Amazon Credit Card Records: Gary Matthews' Account ending in 5219: August 2019 – May 2020 Statements (Gov. Ex. 15);

16. Chase Credit Card Records: Gary Matthews' Account ending in 2613: August 2019 – February 2020 Statements (Gov. Ex. 16);

17. Chase Credit Card Records: Poise Holding Company Account ending in 6777: August 2019 – May 2022 Statements (Gov. Ex. 18);

18. Carolina's Contracting Emails and Email Attachments (Gov. Ex. 38A – 43E, 62 – 69).

19. SBA Loan Documents re "Lionsgate Consulting Company" Application (Gov. Ex. 44 – 44B);

20. SBA Loan Documents re "Essential Solutions & Consulting" Application (Gov. Ex. 45 – 45B);

21. Certified Judgment: US v. Riley Graham, 1:05-CR-269(09) NDGA (Gov. Ex. 46 – 46A);

22. Certified Plea Agreement: US v. Riley Graham, 00-CR-90036-DT-01 (Gov. Ex. 47);

23. Poise Holding Company, LLC – Certificate of Organization (Gov. Ex. 52);

24. Lionsgate Business Consulting Co. - Articles of Incorporation (Gov. Ex. 53);

25. SBA Loan Documents re "World Medical" Application (Gov. Ex. 56);

26. SBA Loan Documents re "Esther Gutierrez" Application (Gov. Ex. 57);

27. Administrative Records & Articles of Incorporation: My Big Sister's House (Gov. Ex. 58).

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/* John B. Ross
John B. Ross
Assistant U.S. Attorney
Eastern District of Texas
Texas Bar No. 00788325
John.Ross5@usdoj.gov

Christopher R. Jackson
Assistant U.S. Attorney
Eastern District of Texas
Texas Bar No. 24078722
Christopher.Jackson4@usdoj.gov
550 Fannin, Suite 1250
Beaumont, Texas 77701

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, a copy of the foregoing document was electronically served on all counsel of record through use of the Court's electronic notification system.