IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:25-CR-38 |
| | § | (Judge Marcia Crone) |
| BROOKE CRAWFORD (2) | § | |
| RIAN GRAHAM (4) | § | |
| TROI GRAHAM (5) | § | |
| KELLEE SIMS (6) | § | |

**SUPPLEMENTAL NOTICE OF GOVERNMENT'S INTENTION TO OFFER POTENTIAL 404(b) EVIDENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through the United States Attorney for the Eastern District of Texas, previously filed notice (doc. 247) of its intent to introduce evidence that could be construed as evidence of other crimes, wrongs, and acts under Rule 404(b) of the Federal Rules of Evidence. This notice (doc. 247) is incorporated here as if stated in full.

The defendants have not requested any notice or supplementary notice of the government's intent to offer 404(b) evidence. However, out of an abundance of caution, the government provides this notice of its intent to introduce evidence of the following crimes, wrongs, and acts that are *intrinsic* to the conspiracy to commit wire fraud charged in the second superseding indictment.

It is well settled that Rule 404(b) does not apply to other-act evidence that is *intrinsic* to the crime charged. *United States v. Williams*, 774 F. App'x 871,878 (5th Cir.

2019); *United States v. Lockhart*, 844 F.3d 501, 512 (5th Cir. 2016). "'Other acts' evidence is intrinsic when it is inextricably intertwined with the charged offense, when both acts are part of the same criminal episode, or when the 'other act' was a necessary preliminary step toward the completion of the charged crime." *United States v. Williams*, 30 F.4th 263, 267 n.3 (5th Cir. 2022).

"Intrinsic evidence is 'admissible to complete the story of the crime by proving the immediate context of events in time and place.'" *United States v. Kinchen*, 729 F.3d 466, 471 (5th Cir. 2013) (citing *United States v. Coleman*, 78 F.3d 154, 156 (5th Cir.), cert. denied, 519 U.S. 891 (1996)). Intrinsic evidence is also admissible to permit the jury to "evaluate all of the circumstances under which the defendant acted." *United States v. Rice*, 607 F.3d 133, 141 (5th Cir.) (citing *United States v. Randall*, 887 F.2d 1262, 1268 (5th Cir. 1989)), cert. denied sub nom. *Cormier v. United States*, 562 U.S. 941 (2010); accord *Waste Mgmt. of La., L.L. C. v. River Birch, Inc.*, 920 F.3d 958, 967 (5th Cir. 2019).

In this context, the Government gives this supplementary notice that it intends to introduce, during its case-in-chief, evidence of the following crimes, wrongs, and acts that are *intrinsic* to the conspiracy charged in Count One of the second superseding indictment:

- After the Mildred Drake Family Trust (MDFT) enterprise acquired an ownership interest in the Herbal Cruz marihuana dispensary in Santa Cruz, California, Brooke Crawford deposited, or caused to be deposited, proceeds from that

business (via cash, money orders, and checks) into her Chase Bank accounts, including her Drake Human Resource Company accounts. The MDFT, through Brooke Crawford, then wired these funds (on multiple occasions) to further the Beaumont Line-of-Credit Scheme.

- Rian Graham incorporated, or caused to be incorporated, Poise Holding Company LLC;
- Rian Graham controlled a Chase Credit Card Account ending 6777 in the name of "Gary Matthews, Poise Holding Company," with an address of 4356 Kousa Rd., Austell, Georgia;
- Rian Graham wired, or caused to be wired, fraudulently obtained SBA loan proceeds through her various Wells Fargo Bank Accounts (including accounts ending 8543, 1243, and 0560).
- Troi Graham incorporated or caused to be incorporated Lionsgate Business Consulting Company LLC;
- Troi Graham wired fraudulently obtained SBA loan proceeds through her various Fifth Third Bank Accounts (including accounts ending 7184, 6697, 4403, 8243, and 6689).
- Rian Graham operated the Rianryelee Foundation, associated with a PNC Bank Account;

- Troi Graham and Rian Graham wired, or caused to be wired, fraudulently obtained SBA loan proceeds from Troi Graham's Fifth Third Bank Account ending 6689 to the Rianryelee Foundation's PNC Bank Account.

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

*/s/* John B. Ross
John B. Ross
Assistant U.S. Attorney
Eastern District of Texas
Texas Bar No. 00788325
John.Ross5@usdoj.gov

Christopher R. Jackson
Assistant U.S. Attorney
Eastern District of Texas
Texas Bar No. 24078722
Christopher.Jackson4@usdoj.gov
550 Fannin, Suite 1250
Beaumont, Texas 77701

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, a copy of the foregoing document was electronically served on all counsel of record through use of the Court's electronic notification system.