AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

United States
v.
Brooke Crawford, Rian Graham, Troi Graham, Kellee Sims

## EXHIBIT LIST

Case Number: 1:25-CR-038

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS' ATTORNEY |
|---|---|---|
| Marcia Crone | John Ross / Christopher Jackson | |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| November 30, 2026 | April Hargett | Julia Colyer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MAR KED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Chase Bank Records: Brooke Crawford's Accounts |
| 1A | | | | | Business Records Certification for Exhibit 1 |
| 1B | | | | | Signature Cards for Brooke Crawford's Chase Bank Accounts ending in 7212, 7220, 7238, 7253, 9419, 2531, 8201 |
| 1C | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7212: June 2019 Statement** (pp. 355-356) |
| 1D | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7212: July 2019 Statement** (pp. 360-363) |
| 1E | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7212: August 2019 Statement** (pp. 388-391) |
| 1F | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7220: June 2019 Statement** (pp. 431-434) |
| 1G | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7220: July 2019 Statement** (pp. 566-573) |
| 1H | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7220: August 2019 Statement** (pp. 634-639) |
| 1I | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7220: September 2019 Statement** (pp. 641-644) |
| 1J | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7238: June 2019 Statement** (pp. 670-673) |

| | | | | | |
|---|---|---|---|---|---|
| 1K | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7238: July 2019 Statement** (pp. 791-794) |
| 1L | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7238: August 2019 Statement** (pp. 835-838) |
| 1M | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7253: June 2019 Statement** (pp. 858-859) |
| 1N | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7253: July 2019 Statement** (pp. 860-861) |
| 1O | | | | | Chase Bank Record: Brooke Crawford's DHRC Chase Bank Account ending in **7253: August 2019 Statement** (pp. 862-863) |
| 1P | | | | | Chase Bank Record: Brooke Crawford's MDFT Chase Bank Account ending in **9419: June 2019 Statement** (pp. 1298-1299) |
| 1Q | | | | | Chase Bank Record: Brooke Crawford's MDFT Chase Bank Account ending in **9419: July 2019 Statement** (pp. 1302-1303) |
| 1R | | | | | Chase Bank Record: Brooke Crawford's MDFT Chase Bank Account ending in **9419: August 2019 Statement** (pp. 1304-1305) |
| 1S | | | | | Chase Bank Record: Brooke Crawford's Chase Bank Account ending in **2531: June 2019 Statement** (pp. 203-204) |
| 1T | | | | | Chase Bank Record: Brooke Crawford's Chase Bank Account ending in **2531: July 2019 Statement** (pp. 205-206) |
| 1U | | | | | Chase Bank Record: Brooke Crawford's Chase Bank Account ending in **2531: August 2019 Statement** (pp. 207-208) |
| 1V | | | | | Chase Bank Record: Brooke Crawford's Chase Bank Account ending in **8201: June 2019 Statement** (pp. 154-157) |
| 1W | | | | | Chase Bank Record: Brooke Crawford's Chase Bank Account ending in **8201: July 2019 Statement** (pp. 166-169) |
| 1X | | | | | Chase Bank Record: Brooke Crawford's Chase Bank Account ending in **8201: August 2019 Statement** (pp. 176-179) |
| 2 | | | | | Chase Bank Records: Kellee Sims's Account ending 5088 |
| 2A | | | | | Business Records Certification for Exhibit 2 |

| | | | | | |
|---|---|---|---|---|---|
| 2B | | | | | Signature Cards for Kellee Sims's Chase Bank Account ending in 5088 |
| 2C | | | | | Chase Bank Record: Kellee Sims's Chase Bank Account ending in 5088: **April 2024 Statement** |
| 2D | | | | | Chase Bank Record: Kellee Sims's Chase Bank Account ending in 5088: **May 2024 Statement** |
| 2E | | | | | Chase Bank Record: Kellee Sims's Chase Bank Account ending in 5088: **August 2024 Statement** |
| 2F | | | | | Chase Bank Record: Kellee Sims's Chase Bank Account ending in 5088: **October 2024 Statement** |
| 3 | | | | | Wells Fargo Bank Records: Mark Day's Accounts |
| 3A | | | | | Business Records Certification for Exhibit 3 |
| 3B | | | | | Signature Card for Mark Day's Wells Fargo Bank Accounts ending in 7383 |
| 3C | | | | | Wells Fargo Bank Record: Mark Day's Wells Fargo Bank Account ending in 7383: **April 2024 Statement** |
| 3D | | | | | Wells Fargo Bank Record: Mark Day's Wells Fargo Bank Account ending in 7383: **May 2024 Statement** |
| 4 | | | | | Fifth Third Bank Records: Troi Graham's Accounts ending in 6689, 8243, 4403, 6697, and 7184 |
| 4A | | | | | Business Records Certification for Exhibit 4 |
| 4B | | | | | Signature Card for Troi Graham's Fifth Third Bank Account ending in 6689 |
| 4C | | | | | Fifth Third Bank Record: Troi Graham's Fifth Third Bank Account ending in 6689: **June 2020 Statement** |
| 5 | | | | | Wells Fargo Bank Records: Rian Graham's Account ending 8543, 0560, and 1243 |
| 5A | | | | | Business Records Certifications for Exhibit 5 |
| 5B | | | | | Signature Card for Rian Graham's Wells Fargo Bank Account ending 8543, 0560, and 1243 |

| | | | | | |
|---|---|---|---|---|---|
| 5C | | | | | Wells Fargo Bank Record: Rian Graham's Wells Fargo Bank Account ending 8543: **July 2020 Statement** |
| 6 | | | | | Wix Records |
| 7 | | | | | Navy Federal Credit Union Records: Brooke Crawford's Accounts ending in 2165 and 0979 |
| 7A | | | | | Business Records Certification for Exhibit 7 |
| 7B | | | | | Signature Cards Brooke Crawford's Navy Federal Accounts ending in 2165 and 0979 |
| 8 | | | | | Navy Federal Credit Union Records: Kellee Sims's Accounts ending 8487 and 9105 |
| 8A | | | | | Business Records Certification for Exhibit 8 |
| 8B | | | | | Signature Cards for Kellee Sims's Navy Federal Credit Union Accounts ending 8487 and 9105 |
| 9 | | | | | Mobiloil Federal Credit Union (Rave Financial) Records: Matthews' Account ending 1185 |
| 9A | | | | | Business Record Certification for Exhibit 9 |
| 9B | | | | | Mobiloil Federal Credit Union (Rave Financial) Record: Matthews' Account ending 1185: **July 2019 Statement** |
| 9C | | | | | MobilOil Federal Credit Union (Rave Financial) Record: Matthews' Account ending 1185: **Aug. 2019 Statement** |
| 10 | | | | | Neches Federal Credit Union Records: Gary Matthews' Accounts |
| 10A | | | | | Business Record Certification for Exhibit 10 |
| 10B | | | | | Neches Federal Credit Union Records: Gary Matthews' Account ending in 6179: Credit Card Statements September – November 2019 |
| 10C | | | | | Neches Federal Credit Union Records: Gary Matthews' Account ending in 6000: **August 2019 Statement** |
| 11 | | | | | Synchrony Sam's Club Credit Card Records: Sabrina Matthews' Account ending in 7944 |

| | | | | | |
|---|---|---|---|---|---|
| 11A | | | | | Business Record Certification for Exhibit 11 |
| 12 | | | | | Discover Credit Card Records: Gary Matthews' Account ending in 0421 |
| 12A | | | | | Business Record Certification for Exhibit 12 |
| 12B | | | | | Discover Credit Card Records: Gary Matthews' Account ending in 0421: **August - September 2019 Statements** |
| 13 | | | | | Capital One Spark Visa Credit Card Records: Gary Matthews' Account ending in 6661 |
| 13A | | | | | Business Record Certification for Exhibit 13 |
| 13B | | | | | Capital One Spark Visa Credit Card Records: Gary Matthews' Account ending in 6661: **August – October 2019 Statements** |
| 14 | | | | | Shop Your Way Citi Bank Credit Card Records: Gary Mattews' Account ending in 5294 |
| 14A | | | | | Business Record Certification for Exhibit 14 |
| 15 | | | | | Chase Amazon Credit Card Records: Gary Matthews' Account ending in 5219: **August 2019 – May 2020 Statements** |
| 16 | | | | | Chase Credit Card Records: Gary Matthews' Account ending in 2613: **August 2019 – February 2020 Statements** |
| 17A | | | | | Westley Marnea "Credit Partner Letter" dated July 20, 2019 to Gary Matthews |
| 17B | | | | | Westley Marnea "Credit Partner Letter" dated July 20, 2019 to Sabrina Matthews |
| 17C | | | | | Westley Marnea "Credit Partner Letter" dated Aug. 12, 2019 to Gary Matthews |
| 17D | | | | | Westley Marnea "Credit Partner Letter" dated Aug. 13, 2019 to Gary Matthews |
| 17E | | | | | Westley Marnea "Credit Partner Letter" dated Aug. 19, 2019 to Gary Matthews |
| 18 | | | | | Chase Credit Card Records: Poise Holding Company Account ending in 6777: **August 2019 – May 2022 Statements** (pp. 1022 -1149) |

| | | | | | |
|---|---|---|---|---|---|
| 19 | | | | | Intentionally Blank |
| 20 | | | | | Bureau of Prisons Visitation Records |
| 21 | | | | | Bureau of Prisons Money Received Records |
| 22 | | | | | iPhone |
| 23 | | | | | Incident Report: January 9, 2021 |
| 24 | | | | | Incident Report: January 22, 2023 |
| 25 | | | | | Photo: Riley Graham *aka "David Drake"* |
| 25A | | | | | Photo: Brooke Crawford |
| 25B | | | | | Photo: Mark Day |
| 25C | | | | | Photo: Rian Graham |
| 25D | | | | | Photo: Troi Graham |
| 25E | | | | | Photo: Kellee Sims |
| 25F | | | | | Photo: Raysean Graham |
| 25G | | | | | Photo: Sylvia Shann |
| 26 | | | | | Mildred Drake Family Trust Slideshow |
| 27A | | | | | Mark Day's Video Presentation |
| 27B | | | | | Transcript for Exhibit 27A |
| 28 | | | | | Westley MarNea PowerPoint Presentation |
| 29 | | | | | Intentionally Blank |
| 30 | | | | | Intentionally Blank |
| 31A | | | | | Video Recording: 5.18.24 Meeting |
| 31B | | | | | Transcript of Exhibit 31A |
| 32 | | | | | Intentionally Blank |
| 33A | | | | | Video Recording: David Drake Phone Call (short) |
| 33B | | | | | Transcript of Exhibit 33A |
| 34A | | | | | Video Recording: David Drake Phone Call (long) |

| | | | | | |
|---|---|---|---|---|---|
| 34B | | | | | Transcript of Exhibit 34A |
| 35 | | | | | Intentionally Blank |
| 36 | | | | | Signed Purchase Agreement dated March 10, 2024: $10,000,000 for Carolina's Contracting LLC |
| 37 | | | | | Signed Merger Agreement dated March 10, 2024: Carolina's Contracting LLC and D&D Maritime |
| 38A | | | | | Email from David Drake to Jay Sistrunk & Louis Matthews, Re: Merger Agreement (w/ attachment) (Mon., March 11, 2024, 1:32 AM) |
| 38B | | | | | Email from David Drake to Jay Sistrunk & Louis Matthews, Re: Divestiture Program Part of Recapitalization (Mon., March 11, 2024, 2:45 AM) |
| 39 | | | | | Email from David Drake to Jay Sistrunk & Louis Matthews, Re: Procedure to be Ran Parallel to Having Capital and Implementing the Defer Payment Plan Previously Discussed (Operating Capital Email) (March 14, 2024, 4:13 AM) |
| 40A | | | | | Email from David Drake to Jay Sistrunk & Louis Matthews, Re: Subcontractors Letter and Update (Mon., March 18, 2024, 9:04 AM) |
| 40B | | | | | Email from David Drake to Jay Sistrunk & Louis Matthews, Re: Agenda Discussion (Mon., March 18, 2024, 5:44 PM) |
| 41 | | | | | Email from David Drake to Mark Day (CC: Jay Sistrunk, Louis Matthews, Brooke Crawford, Kellee Sims, & Dave Lewis), Re: Comprehensive Strategy Utilizing ESOP Funding, Local Real Estate Contribution, and Integrated Approach to Assist Brooke in Resolving Account Payable Crisis at Carolina's Contracting (Contributing $10 Million in Real Estate) (Sat., March 23, 2024, 3:23 PM) |
| 42 | | | | | Email from David Drake to Jay Sistrunk and Louis Matthews, Re: Outline of Terms for $30 Billion Monetization of In-Ground Assets (Transfer of $30 Billion in Gold and Diamond Mines) (April 13, 2024, 5:45 PM) |
| 43A | | | | | Email from Brooke Crawford to David Drake, Re: Buy Sell Agreement (w/ attachment: BuySell Agreement.docx) (April 26, 2024, 5:37 PM) |
| 43B | | | | | Email from Brooke Crawford to Kellee Sims, Re: Signature Needed (w/ attachment: BuySell Agreement.pdf) (April 26, 2024, 5:57 PM) |
| 43C | | | | | Email from Kellee Sims to Brooke Crawford, Re: [blank], (w/ attachment: BuySell Agreement_signed.pdf) (April 26, 2024, 6:14) |

| | | | | | |
|---|---|---|---|---|---|
| 43D | | | | | Email from Brooke Crawford to Jay Sistrunk, Re: Fwd: [blank], (w/ attachment BuySell Agreement_signed.pdf) (April 26, 2024, 6:17 PM) |
| 43E | | | | | Email from Jay Sistrunk to Brooke Crawford, Re: [blank], (w/ attachment BuySell Agreement_signed_4-26-24.pdf) (April 26, 2024, 6:35 PM) |
| 44 | | | | | Loan Documents: SBA Economic Injury Disaster Loan (Lionsgate Consulting Company) |
| 44A | | | | | SBA Loan Application (Lionsgate Consulting Company) |
| 44B | | | | | SBA Loan Payment Details (Lionsgate Consulting Company) |
| 45 | | | | | Loan Documents: SBA Economic Injury Disaster Loan (Essential Solutions & Consulting) |
| 45A | | | | | SBA Loan Application (Essential Solutions & Consulting) |
| 45B | | | | | SBA Loan Payment Details (Essential Solutions & Consulting) |
| 46 | | | | | Certified Judgment: US v. Riley Graham, 1:05-CR-269(09) NDGA |
| 46A | | | | | Certified Indictment: US v. Riley Graham, 1:05-CR269(09) NDGA |
| 47 | | | | | Certified Plea Agreement: US v. Riley Graham, 00-CR-90036-DT-01 |
| 48 | | | | | FBI Financial Analyst Yang Summary Chart: Transfers from Matthews to Drake HR |
| 49 | | | | | FBI Financial Analyst Yang Summary Chart: Matthews Credit Cards |
| 50 | | | | | FBI Financial Analyst Yang Summary Chart: Rian Graham SBA Loan |
| 51 | | | | | FBI Financial Analyst Yang Summary Chart: Troi Graham SBA Loans |
| 52 | | | | | Poise Holding Company, LLC – Certificate of Organization (Georgia) |
| 53 | | | | | Lionsgate Business Consulting Co. - Articles of Incorporation (Michigan) |
| 54 | | | | | Rianryelee Foundation, Inc. – Administrative Records & Articles of Incorporation (Michigan) |
| 55 | | | | | Loan Documents: SBA Economic Injury Disaster Loan (Your Commercial Source) |

| | | | | | |
|---|---|---|---|---|---|
| 56 | | | | | Loan Documents: SBA Economic Injury Disaster Loan (World Medical) |
| 57 | | | | | Loan Documents: SBA Economic Injury Disaster Loan (Esther Gutierrez) |
| 58 | | | | | My Big Sister's House – Administrative Records & Articles of Incorporation (Michigan) |
| 59 | | | | | Kennedy Funding Letter of Interest (Raysean Orzo Graham) (March 22, 2024) |
| 60 | | | | | Kennedy Funding Letter of Interest (Sylvia Shann) (January 31, 2024) |
| 61 | | | | | Intentionally Blank |
| 62 | | | | | Email from Brooke Crawford to Kellee Sims, Re: Updated Resolution (w/ attachment: 3_21_2024 CC Resolution.pdf) (April 16, 2024, 10:05 AM) |
| 63 | | | | | Email from Kellee Sims to Brooke Crawford, Re: [blank] (w/ attachment: 3_21_2024 CC Resolution_signed(1).pdf) (April 16, 2024, 10:23 AM) |
| 64 | | | | | Intentionally Blank |
| 65 | | | | | Sims Signed Operating Agreement:<br>Email from Kellee Sims to Brooke Crawford, Re: Operating Agreement (w/ attachment: CarCon Operating Agreement_signed.pdf) (April 17, 2024, 7:12 PM) |
| 66 | | | | | Letter Introducing Kellee Sims (Signed) (April 17, 2024) |
| 66A | | | | | Letter Introducing Kellee Sims (April 17, 2024)<br>Email from Brooke Crawford to Kellee Sims, Fwd: Letter to be Notarized (w/ attachment: Letter of Explanation.pdf) (April 17, 2024, 6:41 PM) |
| 66B | | | | | Letter Introducing Kellee Sims (April 17, 2024)<br>Email from Kellee Sims to Brooke Crawford, Re: Signed LOE (w/ attachment: Letter of Explanation_signed.pdf) (April 17, 2024, 7:07 PM) |
| 67 | | | | | MDFT Letter of Explanation:<br>Email from Brooke Crawford to Brooke Crawford, Re: TRUST LOE (w/ attachment MDFT Letter of Explanation.pdf) (April 18, 2024, 12:50 PM) |
| 68 | | | | | Email from Mark Day to Brooke Crawford, Re: Payment sent to Matthews & Attorneys (Monday.com) (April 25, 2024, 7:20 PM) |
| 69 | | | | | Business Records Certification for Carolina's Contracting, LLC |

| | | | | | |
|---|---|---|---|---|---|
| 70 | | | | | Intentionally Blank |
| 71 | | | | | IRS Summary Chart: Summary of Financial Transactions Involving Mildred Drake Corp. and Carolina's Contracting, LLC |
| 72 | | | | | IRS Summary Chart: Transactions Between Mildred Drake Corp. and Mark Day |
| 73 | | | | | IRS Summary Chart: Transactions Between Mildred Drake Corp. and Brooke Crawford |
| 74 | | | | | IRS Summary Chart: Transactions Between Mildred Drake Corp. and Kellee Sims |
| 75 | | | | | |
| 76 | | | | | |
| 77 | | | | | |
| 78 | | | | | |
| 79 | | | | | |
| 80 | | | | | |
| 81 | | | | | |
| 82 | | | | | |
| 83 | | | | | |
| 84 | | | | | |
| 85 | | | | | |
| 86 | | | | | |
| 87 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |