**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:25-CR-38 |
| | § | |
| BROOKE CRAWFORD (2) | § | |
| RIAN GRAHAM (4) | § | |
| TROI GRAHAM (5) | § | |
| KELLEE SIMS (6) | § | |

**ORDER**

The Government shall file a response to Defendants Brooke Crawford, Rian Graham, Troi Graham, and Kellee Sims's Motion for Continuance (#405) on or before Tuesday, November 17, 2026, at 5:00 p.m.

SIGNED at Beaumont, Texas, this 16th day of November, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE