**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TEXAS
Beaumont Division
THE HONORABLE JUDGE MARCIA A. CRONE

| | | | |
|---|---|---|---|
| Date: | Tuesday, November 24, 2026 | Case No. | **1:25-cr-0038** |
| Location: | Beaumont- Courtroom 3 | Case Style: | **USA v. Brooke Crawford (2) Rian Graham (4) Troi Graham (5) Kellee Sims (6)** |
| Deputy: | Julia Colyer | | |
| Reporter: | Jodi Terry | Attorneys: | John Ross, Chris Jackson, Courtney Vincent, Tom Burbank, Alejandro Macias, Haley Simmons |
| Called: | 2:16 PM | | |
| Adjourned: | 3:14 PM | | |
| Duration: | 58 Minutes | | |

## PRETRIAL CONFERENCE

***This day comes the parties by their attorneys and the following proceedings are held before the Honorable Judge Marcia A. Crone in Beaumont, Texas:***

| | |
|---|---|
| 2:16 PM | Court is called. AUSA John Ross, AUSA Chris Jackson, and SAUSA Daniel Handly are present on behalf of the government. Counsel Courtney Vincent is present on behalf of defendant Brooke Crawford. Counsel Alejandro Macias is present on behalf of defendant Rian Graham. Counsel Tom Burbank is present on behalf of Troi Graham. Counsel Haley Simmons and Dustin Galmor are present on behalf of Kellee Sims. Defendants Brooke Crawford, Rian Graham, and Kellee Sims are present. |
| 2:18 PM | Motions to dismiss for Brooke Crawford (#371), Rian Graham (#376), Troi Graham (#s 393,413, 414, 415), and Kellee Sims's (#404) were denied. Defendants' Motion to Continue (#405) was denied. Motions in Limine for Brooke Crawford (#417), Rian Graham (#419), and Kellee Sims will be ruled on by tomorrow (11/25/26). Brooke Crawford's Motion to Compel Disclosure (#418) was granted in part and denied in part. Deadline to provide Giglio material is 11/25/26. Brooke Crawford's motion to exclude experts and defendants' objection and motion to exclude expert witnesses (#466) was granted in part and denied in part. Government shall provide three days' notice of any pre-prepared "tables and/or diagrams as illustrative aids" by Yang, Bruce, or Mialik that have thus far not already been disclosed or produced by the Government. |
| 2:22 PM | The Government has submitted its exhibit and witness lists. Defendants Brooke Crawford and Kellee Sims have submitted exhibit and witness lists. Defendants Rian Graham and Troi Graham have not submitted witness lists or exhibit lists. The court orders that witnesses are excluded from the courtroom so that they cannot hear other witnesses' testimony (Fed. R. Evid. 615). Exception: Gov's case agent(s) may stay in the courtroom. There are no stipulations. |
| 2:28 PM | Court will allocate the Government 30 minutes for voir dire, and each defendant will have 10 minutes. |
| 2:31 PM | Court will allocate 30 minutes to the government for opening statement. Court will allocate 10 minutes for each defendant for opening statements. Court will allow 40 minutes to the government for closing statement, and 15 minutes for each defendant for closing statements. Court will allow government 6 peremptory strikes and the defendants shall have 12 preemptory strikes collectively, 3 each. There will be 6 alternates. The Government shall be allowed 2 strikes and Defendants (collectively) shall be allowed 2 strikes from potential alternate jurors. |
| 2:34 PM | The trial will occur from 9:00 AM to 6:00 PM every day until the conclusion. |
| 2:35 PM | Parties discuss timing. Government believes they will need four (4) days to try the case. Each of the defendants believe they may need two (2) days each. Court admonishes the parties regarding the use of time. |
| 2:46 PM | Government indicates they intend to add Cordero Mitchell who is the HIS Foreign Service National Investigator in the Bahamas to their witness list. Court reviews the pronunciation of witness names. |

| | |
|---|---|
| 2:54 PM | Counsel Tom Burbank requests an in-camera conference regarding the absence of defendant Troi Graham. |
| 3:07 PM | Counsel Vincent objects to government's "mugshot" visual aides used in USA v. Riley Graham trial. Court overrules the objection. |
| 3:12 PM | Parties agree to coordinate the exchange of exhibits by tomorrow (11/25/26). |
| 3:14 PM | Court adjourns. |